[No. 38126-1-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ALAN PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06353-7, Maurice Epstein, J. Pro Tem., entered January 31, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 38128-8-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE HARTFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05817-1, George T. Mattson, J., entered January 12, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 38171-7-I.    Division One.    April 14, 1997.]

BETTY LOU CANN, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-19836-0, Charles V. Johnson, J., entered January 22, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J. Now published at 86 Wn. App. 162.


[No. 38225-0-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE T. PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06612-9, Michael Spearman, J., entered February 26, 1996. *Dismissed* by unpublished per curiam opinion.